## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

TEANG SOM
MARY SOM

    Debtor(s)

Chapter 13 Bankruptcy
No. 17-44330-MJH

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S)

_____

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN is allowed to withdraw as Debtor(s) counsel, effective immediately.

///end of order///

Presented By:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS

BROWN and SEELYE
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196